closed

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF TELEVISION PROGRAM EXECUTIVES, INC., a Delaware non-profit corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>NAVIGATORS INSURANCE COMPANY, a New York corporation; and DOES 1 through 20 inclusive,<br><br>                    Defendants. | Case No.: 2:23-CV-01805-RGK-AS<br><br>[PROPOSED] JUDGMENT<br><br>[42]<br><br>Action Filed: October 3, 2022<br>FAC Filed:   May 7, 2023<br>Motion to Dismiss Granted: July 11, 2023 |

    This action came before the Court pursuant to Defendant NAVIGATORS INSURANCE COMPANY's ("Navigators") Motion to Dismiss Plaintiff NATIONAL ASSOCIATION OF TELEVISION PROGRAM EXECUTIVE, INC.'s ("NATPE") First Amended Complaint ("FAC"). [Dkt. 33.]

Based upon the papers and evidence submitted by the parties IT IS HEREBY ORDERED THAT:

Judgment is entered in favor of Navigators on all causes of action and prayers for relief in the FAC. The Court finds that the claim for coverage for the February 11, 2022 arbitration filed by Fontainebleau Florida Hotel ("Hotel") against NATPE (the "Underlying Action") and the potential claims against NATPE's Directors and Officers as asserted by the Hotel in its May 23, 2022 letter to NATPE are barred from coverage under the insurance policy issued by Navigators to NATPE because the claims were not timely reported to Navigators. As a result, Navigators has no duty under the policy with respect to those claims. NATPE's claims for declaratory relief, breach of contract, breach of the duty of good faith and fair dealing, negligent misrepresentation, and unjust enrichment necessarily fail, as each of those claims would require a breach of Navigators' duties and obligations under the policy, and—as stated above—Navigators has no duty with respect to the claims alleged in the FAC.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff NATIONAL ASSOCIATION OF TELEVISION PROGRAM EXECUTIVES, INC.'S First Amended Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED**.

Dated: 7/28/2023

*/s/ Gary Klausner*
Hon. R. Gary Klausner
United States District Judge